**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6858

EZEKIEL J. COX,

   Plaintiff - Appellant,

   v.

DR.  NWAOKOHA; LARRY EDMONDS, Warden; BOWELS, Assistant Warden;
MS.  HOVER, RN; MRS.  CLEMENTS, Head RN; MS.  LAWRENCE, RN; MR.
BENJAMIN DEMPSEY, IPM; DR.  IQBAL,

   Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  Henry E. Hudson, Senior District Judge.  (3:19-cv-00111-HEH-EWH)

Submitted:  December 19, 2023                    Decided:  December 27, 2023

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ezekiel J. Cox, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ezekiel Cox seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 action without prejudice for failure to prosecute.  We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on June 7, 2021.  Cox filed the notice of appeal on August 28, 2023.  Because Cox failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2